| | | | |
|---|---|---|---|
| Com. v. Stokes [31] | 610 EDA 2016<br>Affirmed | 07/19/2016 | CP–51–CR–1126922–1991<br>(Philadelphia) |
| Com. v. Fleck | 227 MDA 2015<br>Affirmed | 07/19/2016 | CP–14–CR–0000990–2012<br>(Centre) |
| KAB Loan Services v. Wells Fargo Bank | 1425 MDA 2015<br>Affirmed | 07/19/2016 | 15–3541<br>(Berks) |
| Com. v. Owens | 1958 MDA 2015<br>Affirmed | 07/19/2016 | CP–36–CR–0001748–2010<br>(Lancaster) |
| Com. v. Sawyer | 1981 MDA 2015<br>Affirmed | 07/19/2016 | CP–22–CR–0004317–2013<br>(Dauphin) |
| In the Interest of: J.J.D. | 200 MDA 2016<br>Affirmed | 07/19/2016 | CP–35–JV–0000374–2015<br>(Lancaster) |
| Com. v. Luster [32] | 195 WDA 2015<br>Affirmed | 07/19/2016 | CP–02–CR–0012910–2013<br>(Allegheny) |
| Richards v. Ameriprise Financial | 265 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 07/19/2016 | G.D. 01–006614<br>(Allegheny) |
| Richards v. Ameriprise Financial | 307 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 07/19/2016 | No. GD–01–006614<br>(Allegheny) |
| Com. v. Young | 628 WDA 2015<br>Affirmed | 07/19/2016 | CP–02–CR–0004513–2014<br>(Allegheny) |
| Com. v. Kozloff | 1067 WDA 2015<br>Affirmed | 07/19/2016 | CP–25–CR–0001849–2012<br>(Erie) |
| Com. v. Black | 1086 WDA 2015<br>Affirmed | 07/19/2016 | CP–25–CR–0001125–2012<br>(Erie) |
| Com. v. Summers | 2711 EDA 2014<br>Reversed,<br>Vacated and<br>Remanded | 07/20/2016 | CP–51–CR–0101621–2002<br>(Philadelphia) |
| Com. v. Cesar | 1718 EDA 2015<br>Affirmed | 07/20/2016 | CP–39–CR–0005299–2010<br>(Lehigh) |
| Com. v. Davis | 2129 EDA 2015<br>Affirmed | 07/20/2016 | CP–51–CR–0009574–2008<br>(Philadelphia) |
| Com. v. Demby | 2385 EDA 2015<br>Vacated and<br>Remanded | 07/20/2016 | CP–23–CR–0003388–2012<br>(Delaware) |

31. Petition for reargument denied September 07, 2016.
32. Petition for reargument denied September 28, 2016.